# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132377

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD MICHAEL SIERADZKI,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132377
COA: 269236
Muskegon CC: 02-047099-FH

On order of the Court, the application for leave to appeal the October 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

Clerk

s1218